**Order filed, March 13, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00001-CR
_____

**LUIS FERNANDO NOVA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1506523**

---

### ORDER

The reporter's record in this case was due **February 11, 2019**. *See* Tex. R. App. P. 35.1. On February 12, 2019, this court granted the court reporters request for extension of time to file the record until March 11, 2019. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court issues the following order.

We order Lindsay Arredondo, the court reporter, to file the record within 30 days of the date of this order.


PER CURIAM